GOETZ PLATZER, LLP
*Proposed Counsel for the Debtor*
One Penn Plaza, Suite 3100
New York, New York 10119
Tel.: (212) 695-8100
Clifford A. Katz, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:

1065 FULTON OWNERSHIP  LLC

                    Debtor.
-------------------------------------------------------x

Chapter 11
Case No.

# DECLARATION OF ERAN SILVERBERG PURSUANT TO LOCAL BANKRUPTCY RULE1007-4 OF THE LOCAL BANKRUPTCY RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

I, ERAN SILVERBERG declare, pursuant to section 1746 of title 28 of the United States Code, under penalty of perjury that:

1.     I am an authorized signatory of the managing member, 1065 Fulton SME LLC (the "Managing Member") of 1065 Fulton Ownership LLC (the "Debtor"), a New York limited liability company. The Debtor is the fee owner of the real property known as and located at 1065 Fulton Street, Brooklyn, New York (the "Property"). The Debtor filed this voluntary chapter 11 petition with the Clerk of this Court on or about December  , 2025 (the "Petition Date").  I am duly authorized to make this declaration (the "Declaration") on behalf of the Debtor.

2.     I am generally familiar with the Debtor's day to day operations, business, and financial affairs, and books and records.  I am above eighteen years of age, and I am competent to testify.

3. I submit this Declaration in accordance with Rule 1007-4 of the Local Rules of this court (the "Local Bankruptcy Rules") to assist this court (the "Court") and parties in interest in understanding the circumstances that compelled the commencement of this chapter 11 case, and in support of the Debtor's petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, all documents available to me and my discussions with other members of the Debtors' management team and counsel. If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

5. Parts I through IV of this Declaration provide an overview of the Debtor's business, events giving rise to the commencement of this chapter 11 case, the Debtor's capital structure and the Debtor's game plan in this Chapter 11 case. Part V sets forth the information required by Local Bankruptcy Rule 1007-4.

**I.     THE DEBTOR'S BUSINESS**

6. As set forth above, the Debtor owns the Property.

7. The Debtor acquired the Property in the Property in <u>April 2022</u>. The Debtor is comprised of vacant land located at 1065 Fulton Street, Brooklyn, New York.

8. The Debtor is a single asset real estate company within the meaning of Section 101(51B) of the Bankruptcy Code.

**II.    EVENTS LEADING TO THE CHAPTER 11 CASE**

9. On or about October 2025 the Debtor entered into a contract to sell the Property to 1063 Fulton Street LLC thereafter the Debtor was concerned that the sale of the Property would be impacted by creditors claims against the Debtor. Accordingly, the Debtor decided to file the instant Chapter 11 case.

### III. PRE-PETITION CAPITAL STRUCTURE AND INDEBTEDNESS

10. The Debtors are privately held limited liability companies. An organizational chart reflecting the corporate structure is annexed hereto as **Exhibit A**. 1065 Fulton Capital LLC holds a senior mortgage secured by the Property and is owed approximately $4,573,808.20.

11. The Debtor believes the value of the Property is approximately $4,400,000.00.

### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

12. There has been no prepetition committee of creditors formed prior to this chapter 11 case.

13. Annex hereto as **Exhibit B** is a list containing the names, addresses, and, where available, telephone and facsimile numbers of the creditors holding the twenty (20) largest unsecured claims (excluding insiders) against the Debtor.

14. Annexed hereto **Exhibit C** is a list containing the names, addresses, and, where available, telephone and facsimile numbers of the creditors holding the five (5) largest secured claims against the Debtor.

15. Annexed hereto as **Exhibit D** is a list containing a summary of the Debtors' assets and liabilities.

16. Annexed hereto as **Exhibit E** is the names of the Debtor's senior management.

17. Annexed hereto as **Exhibit F** is a schedule of insurance policies.

18. The Debtor had no bank accounts prior to the Petition Date.

19. The Debtor's estimated cash receipts and disbursements for the 30-day period following the filing of the Chapter 11 is $0.

Under 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of December 2025

*Eran Silverberg*

Eran Silverberg
Authorized Signatory of
*1065 Fulton Ownership LLP*

# EXHIBIT A

# ORGANIZATION CHART

```
┌─────────────────────────────┐
│    1065 Fulton SME LLC      │
│           100%              │
└─────────────────────────────┘
              ▲
              │
┌─────────────────────────────┐
│  1065 Fulton Ownership LLC  │
│      EIN: 87-3983717        │
└─────────────────────────────┘
```

# EXHIBIT B
## 20 LARGEST UNSECURED CREDITORS

| Name: | Amount: |
|---|---|
| 1. New York City Department of Finance<br>Unit 1 Centre Street, 22nd Floor<br>New York, NY 10007 | $274,021.89 |
| 2. Eliran Hakakian<br>10450 Wilshire Boulevard<br>Los Angeles, CA 90024 | $200,000 |
| 3. Dor Refaeli<br>88 Frishmann Street, Unit 3<br>Tel Aviv, Israel, 6416504 | $400,000 |

# EXHIBIT C

## LIST OF FIVE (5) LARGEST SECURED CREDITORS

| Name: | Amount: | Collateral: |
|---|---|---|
| 1. 1054 Fulton Capital LLC<br>54 Thompson Street<br>New York NY 10012 | $4,573,808.20 | Real Property Owned<br>1065 Fulton Street<br>Brooklyn, NY |

**EXHIBIT D**

**SUMMARY OF ESTIMATED ASSETS AND LIABILITIES (UNAUDITED)**

### ASSETS

| | |
|---|---|
| Real Property located at 1065 Fulton Street, Brooklyn, NY | $4,400,000 |
| **Total Assets** | **$4,400,000** |

### LIABILITIES

| | |
|---|---|
| Mortgage Payable (Secured) | $4,573,808.20 |
| Real Estate Taxes | $274,021.89 |
| Unsecured Trade Claims | $0 |
| Disputed Claims | $600,000 |
| **Total Liabilities** | **$5,447,830.09** |

**EXHIBIT E**
**SENIOR MANAGEMENT**

**Eran Silverberg-Manager**

# EXHIBIT F
# INSURANCE POLICIES

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ✓ COMMERCIAL GENERAL LIABILITY | | | GL 1320203 | 12/1/2025 | 6/1/2026 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ✓ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ✓ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ Included |
| | ☐ OTHER: | | | | | | | $ |