**United States Bankruptcy Court**

**IN RE:**                                                                       Case No._____

1065 Fulton Ownership LLC

_____ Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| 1065 Fulton SME LLC<br>200 Park Avenue, New York, NY 10166 | 100 | Common stockholder |